

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:22-cr-00180
    18 U.S.C. §1512(b)(3)

DAVID JONES

I N F O R M A T I O N

The United States Attorney Charges:

On or about July 21, 2022, at or near Parkersburg, Wood County, West Virginia, within the Southern District of West Virginia, defendant DAVID JONES knowingly used intimidation, threats, and corruptly persuaded, and attempted to do so, another person, known to the United States Attorney ("Witness 1), and engaged in misleading conduct toward Witness 1, with the intent to hinder, delay, and prevent the communication to a federal law enforcement officer and judge of information relating to the commission and possible commission of a federal criminal offense.

In violation of 18 U.S.C. § 1512(b)(3).

        UNITED STATES OF AMERICA

        WILLIAM S. THOMPSON
        United States Attorney

By: _____
        MONICA D. COLEMAN
        Assistant United States Attorney


        KRISTEN CLARKE
        Assistant Attorney General
        Civil Rights Division

By: _____
        KATHRYN E. GILBERT
        NIKHIL RAMNANEY
        Trial Attorneys
        Criminal Section
        Civil Rights Division